Geo. P. Raney for plaintiffs in error.

Robert J. Boone for defendant in error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. Writ of error dismissed by the clerk, on præcipe of counsel for the plaintiff in error, under Rule 24.

E. N. Dekle, Appellant, v. J. F. O'Shaughnessey, Appellee.

Appeal from Circuit Court, Washington county; Evelyn C. Maxwell, Judge.

Benjamin S. Liddon for appellant.

Blount & Blount and E. D. Beggs for appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. Appeal dismissed by the clerk, on præcipe of counsel for the appellant, under Rule 24.

John E. Donaldson and E. E. Babb, late copartners as Donaldson & Babb, Plaintiffs in Error, v. E. P. Rose and J. R. Saunders, Defendants in Error. (No. 1).

Division A.

Writ of error to Circuit Court, Escambia county; Evelyn C. Maxwell, Judge.

Blount & Blount for plaintiffs in error.

John C. Avery for defendants in error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*

---

John E. Donaldson and E. E. Babb, late copartners as Donaldson & Babb, Plaintiffs in Error, v. E. P. Rose and J. R. Saunders, Defendants in Error. (No. 2).

Division A.

Writ of error to Circuit Court, Escambia county, Evelyn C. Maxwell, Judge.

Blount & Blount for plaintiffs in error.

John C. Avery for defendants in error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*

---

S. Jasper Drawdy, President *et al.,* as Trustees of the Tampa National Building and Savings Association, Appellants, v. Fannie Hirschman and Max Hirschman, her husband, Appellees.

Division A.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

46 Fla.—21